GREGORY A. KRAEMER
Nevada Bar No. 010911
**MORGAN & MORGAN**
6725 Via Austi Parkway, Suite 275
Las Vegas, NV 89119
P: (725) 765-3281
F: (689) 285-6860
gkraemer@forthepeople.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

STATE OF NEVADA

| | |
|---|---|
| JASON LIZOTTE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC., Foreign Limited-Liability Company;  DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:25-cv-01620-CDS-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES**<br><br>**[FIRST REQUEST]** |

COMES NOW Plaintiff, JASON LIZOTTE, by and through his attorney of record, GREGORY A. KRAEMER, ESQ., of the law firm of MORGAN & MORGAN and Defendant ALBERTSON'S LLC., by and through its attorneys of record, RYAN M. VENCI, ESQ. of the law firm of BRANDON | SMERBER LAW FIRM, and hereby submit the following Stipulation and [Proposed] Order to Extend Discovery Deadlines (First Request) for this Honorable Court's consideration (**proposed changes in bold**), seeking to extend the remaining deadlines in the current scheduling order for a period of ninety (90) days for the reasons explained herein.

Pursuant to Local Rule IA 6-1(a), the parties hereby aver that this is the <u>first</u> discovery extension requested in this matter.

I. **DISCOVERY COMPLETED**

- The parties have conducted a Rule 26(f) conference and served their respective Rule 26(a)(1) disclosures and supplements thereto.
- The parties have exchanged written discovery requests.

1

- Defendant has issued subpoenas to Plaintiff's relevant medical providers.

## II. REMAINING DISCOVERY

- Deposition of Plaintiff.
- Deposition of Albertson's Rule 30(b)(6) Designee.
- Store Site Inspection.
- Initial and Rebuttal Expert Disclosures.
- Depositions of Plaintiff and Defendant's expert witness
- Continued subpoenas to Plaintiff's medical providers.
- Additional written discovery as needed at this action proceeds.

## III. REASON FOR REQUESTING ADDITIONAL TIME TO COMPLETE DISCOVERY

The Parties aver that good cause exists under Local Rule 26-3 for the requested extension being made at this time. The Parties have been diligently working to complete discovery in this matter. The Order Granting Joint Discovery Plan and Scheduling Order was filed on September 12, 2025 [ECF No. 5]. Since then, the Parties have:

(1) engaged in written discovery;

(2) disclosed and supplemented FRCP disclosures; and

(3) engaged in scheduling depositions and a site inspection.

However, the parties need additional time as they are experiencing scheduling issues of the Deposition of Albertson's 30(b)(6) representative and a store site inspection due to the upcoming holiday season. These items need to be completed prior to expert disclosures which are currently set for December 26, 2025.

As such, good cause exists for extending the remaining discovery deadlines. The additional time will give the parties adequate time to complete all remaining necessary discovery. The Parties have acted in good faith to request this extension and neither one has reason or intent to delay these proceedings or jury trial in this matter.

The Parties further aver that, pursuant to Local Rule 26-3, this request is being made within 21 days of the subject deadlines.

IV. **PRIOR DISCOVERY DEADLINES**

According to the Court's Order Granting Stipulated Discovery Plan [ECF No. 7], the existing deadlines are:

| | |
|---|---|
| Amend Pleadings/Add Parties: | November 26, 2025 |
| Initial Expert Disclosures: | December 26, 2025 |
| Rebuttal Expert Reports: | January 16, 2026 |
| Close of Discovery: | February 25, 2026 |
| Dispositive Motions: | March 27, 2026 |
| Joint Pre-Trial Order: | April 26, 2026, or 30 days following the resolution of any outstanding dispositive motions. |

V. **PROPOSED DISCOVERY DEADLINES**

| | |
|---|---|
| Amend Pleadings/Add Parties: | Passed |
| Initial Expert Disclosures: | March 26, 2026 |
| Rebuttal Expert Reports: | April 27, 2026 |
| Close of Discovery: | May 26, 2026 |
| Dispositive Motions: | June 26, 2026 |
| Joint Pre-Trial Order: | July 27, 2026, or 30 days following the resolution of any outstanding dispositive motions. |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

If the extension is granted, all anticipated additional discovery should be concluded within the stipulated extended deadline. The parties aver that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

| **BRANDON SMERBER LAW FIRM** | **MORGAN & MORGAN** |
|---|---|
| /s/ Ryan M. Venci, Esq.<br>Ryan M. Venci, Esq.<br>Nevada Bar No. 7547<br>139 E. Warm Springs Rd.<br>Las Vegas, NV 89119<br>Attorneys for Defendant | Gregory A. Kraemer, Esq.<br>Gregory A. Kraemer, Esq.<br>Nevada Bar No. 10911<br>6725 Via Austi Parkway-Suite 275<br>Las Vegas, NV 89119<br>Attorneys for Plaintiff |

**IT IS SO ORDERED.**

DATED this  5th  day of  December  2025.

_____
**UNITED STATES MAGISTRATE JUDGE**

**Melissa Martinez**

| | |
|---|---|
| **From:** | Ryan Venci <r.venci@bsnv.law> |
| **Sent:** | Wednesday, December 3, 2025 9:34 AM |
| **To:** | Gregory Kraemer |
| **Cc:** | Melissa Martinez; Sam Earnest |
| **Subject:** | RE: LIZOTTE-STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES |

**CAUTION:** Use caution when clicking on links or opening attachments in this external email.

Sorry, I thought I had responded to this. You may submit it with my electronic signature.

---

**From:** Gregory Kraemer <gkraemer@forthepeople.com>
**Sent:** Wednesday, December 3, 2025 9:31 AM
**To:** Ryan Venci <r.venci@bsnv.law>
**Cc:** Melissa Martinez <melissamartinez@forthepeople.com>; Sam Earnest <searnest@forthepeople.com>
**Subject:** RE: LIZOTTE-STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES

**CAUTION: External Sender. Please do not click on links or open attachments from senders you do not trust.**

**Ryan,**

**I hope all is well. I know I just sent you the proposed stip to extend yesterday, but we are in federal court, and the deadlines are ferocious. Let me know if you need me to change anything or if you don't want to stipulate, so I can get a motion on file today. '**

**thanks**

**Gregory Kraemer**
**Attorney**

**T:** (725) 765-3281
**F:** (689) 285-6860

6725 Via Austi Pkwy, Suite 275,
Las Vegas, NV 89119



$25B+ Recovered • 1,000+ Attorneys • 120+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

---

**From:** Gregory Kraemer <gkraemer@forthepeople.com>
**Sent:** Tuesday, December 2, 2025 1:43 PM
**To:** Ryan Venci <r.venci@bsnv.law>

1

Cc: Melissa Martinez <melissamartinez@forthepeople.com>; Sam Earnest <searnest@forthepeople.com>
Subject: LIZOTTE-STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES

Ryan,

Given the holiday season and the inability to conduct a site inspection and depos employees before the initial expert deadline, I think we need to extend discovery. I took the liberty to draft a stipulation to extend the deadlines by 90 days.

Let me know if you have any changes or do not agree to stipulate, so I can file the appropriate motion.

Thanks

## Gregory Kraemer
Attorney

T: (725) 765-3281
F: (689) 285-6860

6725 Via Austi Pkwy, Suite 275,
Las Vegas, NV 89119



$25B+ Recovered • 1,000+ Attorneys • 120+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

**CONFIDENTIALITY NOTICE:** This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.