MICHAEL J. PLANK, ESQ.
Nevada Bar No. 14257
OSCAR PERALTA, ESQ.
Nevada Bar No. 13559
PERALTA PLANK LAW FIRM
1117 S. Rancho Dr., Suite B
Las Vegas, Nevada 89102
Tel/Fax: (702) 758-8700
Email: service@peraltaplank.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON LIZOTTE,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC., Foreign Limited-Liability Company; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-01620-CDS-DJA<br><br>**STIPULATION TO SUBSTITUTE PLAINTIFF'S ATTORNEY OF RECORD** |

TO THE CLERK, HONORABLE DISTRICT COURT JUDGE, MAGISTRATE JUDGE, DEFENDANTS, AND ALL ATTORNEYS OF RECORD:

Please take notice that, pursuant to LR IA 11-6(c), the undersigned parties hereby stipulate and agree as follows:

1. Gregory A. Kraemer, Esq., of Morgan & Morgan, shall be withdrawn as counsel of record for Plaintiff Jason Lizotte in this action.

2. Michael J. Plank, Esq. and Oscar Peralta, Esq., of Peralta Plank Law Firm, shall be substituted in as counsel of record for Plaintiff Jason Lizotte in this action.

1

3. All relevant parties and attorneys consent to this substitution.

DATED: __12/10/2025__

Jason Lizotte
Plaintiff

DATED: __Dec. 9, 2025__          *s/Gregory Kramer*_____
                                  Gregory A. Kraemer, Esq.
                                  Withdrawing Attorney

DATED: __Dec. 9, 2025__          *s/Michael J. Plank*_____
                                  Michael J. Plank, Esq.
                                  *s/Oscar Peralta*_____
                                  Oscar Peralta, Esq.
                                  Newly-Appearing Attorneys

Respectfully submitted,

**PERALTA PLANK LAW FIRM**

/s/ Oscar Peralta
  MICHAEL J. PLANK, ESQ.
  Nevada Bar No. 14257
  OSCAR PERALTA, ESQ.
  Nevada Bar No. 13559
  1117 S. Rancho Drive, Suite B
  Las Vegas, Nevada 89102
  *Attorneys for Plaintiff*

**IT IS SO ORDERED**.

DATED: 1/7/2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

The signed document can be validated at https://app.vinesign.com/Verify