**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*r.venci@bsnv.law*
*k.molloy@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSONS, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON LIZOTTE, individually,<br><br>    Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC., Foreign Limited-Liability Company; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>    Defendants. | CASE NO.: 2:25-cv-01620-CDS-DJA |

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**
**(SECOND REQUEST)**

Defendant, ALBERTSON'S LLC, by and through its attorneys of record, LEW BRANDON, JR., ESQ., RYAN VENCI, ESQ. and KRISTEN MOLLOY of BRANDON | SMERBER LAW FIRM, and Plaintiff, JASON LIZOTTE, by and through his attorney, GREGORY A. KRAEMER, ESQ. of MORGAN & MORGAN, hereby submit the following Stipulation and Order to Extend Discovery Deadlines (Second Request) for this Honorable Court's consideration, seeking to extend the remaining deadlines in the current scheduling order for a period of sixty (60) days for the reasons explained herein.

139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

BRANDON | SMERBER
LAW FIRM

**I.      Discovery Conducted to Date (LR 26-4(a)):**

Both parties have submitted their initial FRCP 26.1 disclosures.  Defendant served interrogatories, request for production of documents, and requests for admissions and Plaintiff provided responses.  Plaintiff's deposition was conducted on February 19, 2026.

**II.      Discovery to be Conducted (LR 26-4(b)):**

1.  Obtain Plaintiff's medical records.

2.  Retain and disclose experts.

3.  Defendant's FRCP 30(b)(6) depositions.

4.  Percipient witness depositions (Scheduling).

5.  Expert depositions; and

6.  Medical provider depositions.

7.  Rule 35 Examination

**III.      The Reasons the Remaining Discovery Cannot Be Completed within the Time Limits Set by the Discovery Plan (LR 26-4(c)):**

Initial expert disclosures are currently March 26, 2026.  Additional time is requested to obtain reports from retained medical experts and to conduct a Rule 35 Examination. Coordinating the exam, obtaining the evaluations and preparing the corresponding reports cannot reasonably be completed within the current discovery deadline. The parties have been working in a diligent and courtesy manner and not for the purpose of delay.

**IV.      Proposed Schedule for Completing All Remaining Discovery (LR 26-4(d)):**

The current discovery deadlines are as follows:

1.  Initial Expert Disclosures (LR 26-1(b)(3)):          March 26, 2026.

2.  Rebuttal Expert Disclosures (LR 26-1(b)(3)):          April 27, 2026.

3.  Dispositive Motions (LR 26-1(b)(4)):          June 26, 2026.

4.  Discovery Cutoff (LR 26-1(b)(1)):          May 26, 2026.

The parties propose extending all discovery deadlines by ninety (90) days as follows:

1.  Initial Expert Disclosures (LR 26-1(b)(3)):          May ~~25~~ 26, 2026.

2.  Rebuttal Expert Disclosures (LR 26-1(b)(3)):  June 26, 2026.

3.  Dispositive Motions (LR 26-1(b)(4)):  August 25, 2026.

4.  Discovery Cutoff (LR 26-1(b)(1)):  July 24, 2026.

DATED this 9th day of March 2026.

DATED this 9th day of March 2026.

**BRANDON | SMERBER LAW FIRM**

**PERALTA & PLANK**

*/s/ Ryan Venci, Esq.*

*/s/ Oscar Peralta, Esq.*

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSON'S, LLC*

**OSCAR PERALTA, ESQ.**
Nevada Bar No. 13559
**MICHAEL J. PLANK, ESQ.**
Nevada Bar No. 14257
1117 S. Rancho Dr., Suite B
Las Vegas, Nevada 89102
702-758-8700
*Attorneys for Plaintiff,*
*JASON LIZOTTE*

**ORDER**

**IT IS SO ORDERED**

_____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 9, 2026